OPINION — AG — QUESTION: " WHETHER OR NOT THE RENTING OF THE CAPITOL HILL HIGH SCHOOL FOOTBALL STADIUM TO THE SOUTHERN BAPTIST CHURCHES OF THE CAPITOL HILL AREA IS A VIOLATION OF THE STATE OF FEDERAL CONSTITUTION ? " — IT IS UP TO THE LEGAL ADVISOR OF THE SCHOOL BOARD. CITE: ARTICLE II, SECTION 2, ARTICLE II, SECTION 7, 70 O.S. 1961, 4-35 [70-4-35], ARTICLE II, SECTION 5 (FRED HANSEN) ** SEE: OPINION NO. 75-157 (1975) **